210 F.2d 657
 ST. LOUIS FINANCE COMPANY, a corporation, Appellant,
v.
UNITED STATES of America.
 No. 15009.
 United States Court of Appeals, Eighth Circuit.
 Feb. 9, 1954.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 Dubinsky & Duggan and Mr. Sidney W. Horwitz, St. Louis, Mo., for appellant.
 Harry Richards, U.S. Atty., and Robert E. Brauer, Asst. U.S. Atty., St. Louis, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.